# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENIE GONZALEZ, : | CIVIL ACTION NO. 3:13-2582 |
| Plaintiff : | |
| v. : | (JUDGE MANNION) |
| PENNSYLVANIA BOARD OF : PROBATION AND PAROLE, | |
| Defendant : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the report and recommendation of Judge Schwab, **(Doc. No. 8)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and

(3) the Clerk of Court is directed to **CLOSE** the instant action.

*s/Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: January 8, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2582-01.ORDER.wpd